IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| EDNA E. MERLA | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:22-cv-17 |
| | § | |
| CRST EXPEDITED, INC., and | § | |
| JAMEELAH D. GERMANY | § | |
| *Defendants*. | § | |

## DEFENDANT CRST EXPEDITED, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C §§ 1332(a), 1441, and 1446, Defendant CRST Expedited, Inc hereby gives notice of the removal of this cause of action to the United States District Court for the Southern District of Texas, Laredo Division. Defendant state as grounds for removal the following:

## PROCEDURAL STATUS OF THE CASE

1. Plaintiff Edna E. Merla filed this action in the 111th Judicial District Court of Webb County, Texas on February 8, 2022. It carries the case style of Cause No. 2022CVA000163D2; ***Edna E. Merla v CRST Expedited, Inc., and Jameelah D. Germany***; In the 111th Judicial District Court of Webb County, Texas.

2. The Judicial District Clerk of Webb County, Texas requested issuance of citations to CRST Expedited, Inc. and Jameelah D. Germany on February 8, 2022.[1]

3. CRST Expedited, Inc is filing this Notice of Removal within 30 days of receipt of Plaintiff's Original Petition and prior to filing an Original Answer.

4. Upon information and belief, Jameelah D. Germany has not been served with Plaintiff's Original Petition to date.

---

[1] *See* Ex. D.

5. All pleadings, process, orders, and other filings in the state court action accompany this notice. *See* 28 U.S.C. § 1446(a).

6. This Notice of Removal is being filed in the record office of the Clerk of the United States District Court for the Southern District of Texas, Laredo Division.

7. Defendant will promptly file a copy of this Notice of Removal with the Webb County District Clerk.

## BACKGROUND

8. This case arises out of a motor vehicle accident that occurred in Laredo, Webb County, Texas on April 28, 2021. The drivers involved in the accident were Plaintiff Edna E. Merla and Defendant Jameelah Germany. Plaintiff Merla claims that she suffered personal injuries as a result of the alleged negligence of Defendants Germany and CRST.

9. Plaintiff Edna E. Merla currently resides in Webb County, Texas and is a citizen of the State of Texas.

10. Defendant CRST Expedited, Inc is a foreign corporation organized in and with its principal place of business located in the State of Iowa.

11. Defendant Jameelah Germany is a resident and citizen of the State of Florida.

## BASIS FOR ORIGINAL FEDERAL COURT JURISDICTION

12. Plaintiff Edna E. Merla demands judgment in an amount over $75,000.00. Plaintiff and the Defendant Jameelah Germany in this matter are citizens of different States. The district courts therefore have original jurisdiction of this matter according to 28 U.S.C § 1332(a).

## PROPRIETY OF REMOVAL

13. This Notice of Removal is timely because it is filed within thirty (30) days of Defendant CRST Expedited, Inc's receipt of Plaintiff's Original Petition, in accordance with 28 U.S.C § 1446(b).

14. Upon information and belief, no other defendant has been served with citation, so consent to removal is unnecessary. 28 U.S.C. § 1446(b)(2)(A).

15. This court has original jurisdiction of this matter under 28 U.S.C. § 1332(a).

16. Except as otherwise expressly provided by an Act of Congress, any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed to the district court of the United States for the district and division embracing the venue where the state court action was pending. *See* 28 U.S.C § 1446(a). The state court action that is the subject of this notice of removal is pending in Webb County, Texas, which is found in the Southern District of Texas, Laredo Division. Therefore, venue of this removed action is proper in this Court and Division.

17. Removal is not barred by 28 U.S.C. § 1445. Neither Defendant is a citizen of the State of Texas, so removal is not prohibited by 28 U.S.C. § 1441(b).

18. Pursuant to 28 U.S.C § 1446(a) and Rule 81 of the Federal Rules of Civil Procedure, Defendant CRST Expedited, Inc has attached hereto:

> (1) A list of all parties in the case, their party type, and the current status of the removed case;
>
> (2) A civil cover sheet and certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action; all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court (if any);
>
> (3) A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number, and part or parties represented by him or her;
>
> (4) A record of which parties have requested trial by jury; and
>
> (5) The name and address of the Court from which the case is being removed.

## **REQUEST FOR HEARING AND JURISDICTIONAL DISCOVERY**

19. If Plaintiff Edna E. Merla contests this removal, Defendant requests:

a. A hearing regarding this Court's jurisdiction over, and the propriety of removal of this matter;

b. The opportunity to present evidence demonstrating the existence of federal jurisdiction and the propriety of removal; and

c. Leave to conduct limited discovery related to those issues.

## JURY DEMAND

20. Defendant CRST Expedited, Inc demands a jury trial.

WHEREFORE, PREMISES CONSIDERED, Defendant CRST Expedited, Inc. removes the above captioned action from the 111th District Court of Webb County Texas to the United States District Court for the Southern District of Texas, Laredo Division.

Respectfully submitted,

**THE FUENTES FIRM, P.C.**

/s/ *Stefan N. Casso*
STEFAN N. CASSO
State Bar No. 24105582
Federal Bar No. 3208356
JUAN ROBERTO FUENTES
State Bar No. 24005405
Federal Bar No. 24005405
5507 Louetta Road, Suite A
Spring, Texas 77379
Telephone: (281) 378-7640
Facsimile: (281) 378-7639
stefan@fuentesfirm.com
juan@fuentesfirm.com
**ATTORNEYS FOR DEFENDANT CRST EXPEDITED, INC.**

4

## **CERTIFICATE OF SERVICE**

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per W. Dist. Tex. Loc. R. LR5.1. A true and correct copy of the foregoing Defendant's Notice of Removal was served upon counsel of record in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, telephonic communications, hand delivery and/or U.S. Mail on this 17th day of March 2022.

                                                        /s/*Stefan N. Casso*
                                                        STEFAN N. CASSO