IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| EDNA E. MERLA | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  5:22-cv-17 |
| | § | |
| CRST EXPEDITED, INC., and | § | |
| JAMEELAH D. GERMANY | § | |
| *Defendants*. | § | |

**EXHIBIT A: INDEX OF DOCUMENTS BEING FILED WITH
THE NOTICE OF REMOVAL**

| **Exhibit** | **Document Title** |
|---|---|
| A | Index of Documents |
| B | Docket Sheet |
| C | Plaintiff's Original Petition |
| D | Plaintiff's Service of Process on Defendant CRST |
| E | List of Counsel of Record |