Filed
2/8/2022 10:24 AM
Esther Degollado
District Clerk
Webb District
Esmeralda Alvarado
2022CVA000163D2

**EXHIBIT C**

2022CVA000163D2

CAUSE NO. _____

| | | |
|---|---|---|
| EDNA E. MERLA | § | IN THE DISTRICT COURT |
|     Plaintiff, | § | |
| | § | |
| v. | § | ____ JUDICIAL DISTRICT |
| | § | |
| | § | |
| CRST EXPEDITED, INC., and | § | |
| JAMEELAH D. GERMANY. | § | |
|     Defendants. | § | WEBB COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, EDNA E. MERLA, Plaintiff, filing this Plaintiff's Original Petition complaining of CRST EXPEDITED, INC. and JAMEELAH D. GERMANY, Defendants, and for cause of action would show onto the court as follows:

### I. DISCOVERY LEVEL

Plaintiff intends that discovery be conducted under Level 3.

### II. THE PARTIES

Plaintiff is an individual residing in Laredo, Webb County, Texas.

Defendant CRST EXPEDITED, INC. is a Foreign For-Profit Corporation that may be served with notice of this lawsuit by and through its registered agent for service, Cogency Global Inc., at 1601 Elm St., Suite 4360, Dallas, Teas 75201. Service of process is requested at this time.

Defendant, JAMEELAH D. GERMANY is an individual apparently qualified by Defendant, CRST EXPEDITED, INC., to operate a commercial motor vehicle. He may be severed with notice of the lawsuit at 5015 SW 18th St. West Park, FL 33023 or wherever he may be found. Service is requested by private process.

1

### III. JURISDICTION AND VENUE

Venue is proper in Webb County, Texas, since it is the county where all or a substantial portion of the events giving rise to this claim occurred. This Court has jurisdiction over the subject matter and parties, and the amount in controversy is within the jurisdictional limits of this Court.

### IV. FACTS

Plaintiff brings this lawsuit to recover for damages arising out of a violent 18-wheeler vs. automobile collision that occurred on or about April 28, 2021 in Laredo, Webb County, Texas, on the 1100 Block of Uniroyal Dr. At that time, Plaintiff was traveling Westbound on the 1100 Block of Uniroyal Dr. when JAMEELAH D. GERMANY, who was operating a tractor trailer and in the course and scope of his employment with Defendant, CRST EXPEDITED, INC., changed lanes when unsafe and violently collided into Plaintiff's vehicle. As a direct and proximate result of the collision, Plaintiff suffered severe injuries and damages for which she now sues.

### V. NEGLIGENCE OF JAMEELAH D. GERMANY

Said accident was proximately caused by various negligent acts and/or omissions on the part of Defendant, JAMEELAH D. GERMANY. The negligent acts and/or omissions include, but are not limited to, the following:

1. Failing to avoid the accident, by taking proper evasive action;
2. Failing to pay attention while operating a motor vehicle, this constitutes negligence as well as negligence per se in violation of the Texas Transportation Code;
3. Failing to maintain a proper look out;
4. Failing to control speed;
5. Failing to timely apply the brakes of the vehicle;
6. Failing to keep an assured clear stopping distance;
7. Failing to act as a reasonable, ordinary and prudent person would have acted under the same or similar circumstance;
8. Failing to exercise the degree of caution required by the circumstance then existing;
9. Failing to keep the vehicle under such control as an ordinary prudent person in the exercise of ordinary care would have operated and controlled his vehicle under the same or similar circumstances; and
10. Any and all other acts of negligence and/or omissions to be proven at trial.

Each and every one of the foregoing acts and/or omissions, taken separately and/or collectively, constitutes a proximate cause of Plaintiff's injuries and damages set forth below.

## VI. PLAINTIFF'S CLAIM OF RESPONDEAT SUPERIOR AGAINST CRST EXPEDITED, INC.

At the time of the occurrence of the act in question and immediately prior thereto, JAMEELAH D. GERMANY was acting within the course and scope of his employment with Defendant CRST EXPEDITED, INC.

At the time of the occurrence of the act in question and immediately prior thereto, JAMEELAH D. GERMANY was engaged in the furtherance of business for CRST EXPEDITED, INC.

At the time of the occurrence of the act in question and immediately prior thereto, JAMEELAH D. GERMANY was engaged in accomplishing a task for which he was employed.

Plaintiff herby invokes the doctrine of Respondeat Superior against Defendant CRST EXPEDITED, INC.

## VII. NEGLIGENCE OF CRST EXPEDITED, INC.

Said accident was proximately caused by various negligent acts and/or omissions on the part of Defendant, CRST EXPEDITED, INC., by and through its agents, servants and/or employees, namely, but not limited to, JAMEELAH D. GERMANY. The negligent acts and/or omissions include, but are not limited to, the following:

1. Failing to avoid the accident, by taking proper evasive action;
2. Failing to maintain a proper look out;
3. Failing to control speed;
4. Failing to timely apply the brakes of the vehicle;
5. Failing to yield the right of way;
6. Failing to keep an assured clear stopping distance;

7. Failing to keep the vehicle under such control as an ordinary prudent person in the exercise of ordinary care would have operated and controlled his vehicle under the same or similar circumstances; and
8. Any and all other acts of negligence and/or omissions to be proven at trial.

It appears that the Defendant Driver was fatigued, and/or distracted. It further appears that CRST EXPEDITED, INC., was negligent in their respective entrustment of the vehicle and/or commercial motor vehicles to the Driver and in the qualification, hiring, training, supervision, and retention of the Driver Defendant. The acts and omissions of the Motor Carrier Defendant constitute negligence.

Each and every one of the foregoing acts and/or omissions, taken separately and/or collectively, constitutes a proximate cause of Plaintiff's injuries and damages.

## VIII. DAMAGES

As a direct and proximate result of the actions and/or inactions of the Defendants, Plaintiff suffered the following injuries and damages:

1. Mental anguish and physical pain suffered from the date and time of the accident and that will in all reasonable probability be suffered in the future;

2. Physical impairment and physical disfigurement suffered from the date and time of the accident and that will in all reasonable probability be suffered into the future;

3. Reasonable and necessary medical expenses incurred from the date and time of the accident, and that will in all reasonable probability be incurred in the future;

4. Lost wages and lost earning capacity in a sum to be determined by Webb County Jury to be fair and reasonable; and

5. Loss of enjoyment of daily living in the past and will in all, which, in all reasonable probability, will be suffered in the future.

Plaintiff alleges that these sums, taken cumulatively, are well in excess of the minimum jurisdictional limits of this Court for which Defendants should be made to pay. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief of over $1,000,000.00.

## IX. PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that citation be issued and Defendants be served, and upon trial on the merits the Court enter judgment for Plaintiff and against Defendants, jointly and severally, for actual damages, together with prejudgment interest, post-judgment interest, and court costs.

**PLAINTIFF REQUESTS A JURY TRIAL**

RESPECTFULLY SUBMITTED,
THE LEZCANO LAW FIRM, PLLC
5810 San Bernardo Ave., Suite 450
Laredo, Texas 78041
T: (956) 615-0111
F: (956) 516-7610
E: ML@LezcanoLawFirm.com


BY: _/s/ Michael Lezcano_
MICHAEL LEZCANO
SBN: 24088891
**ATTORNEY FOR PLAINTIFF**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Aida De La Torre on behalf of Michael Lezcano
Bar No. 24088891
alexa@lezcanolawfirm.com
Envelope ID: 61532782
Status as of 2/8/2022 11:06 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Aida De La Torre | | alexa@lezcanolawfirm.com | 2/8/2022 10:24:56 AM | SENT |